DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. CRUMMY

No. 357P92

Case below: 107 N.C.App. 305

Motion by Attorney General to dismiss appeal by defendants for lack of substantial constitutional question allowed 18 November 1992. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992. Defendants' supplement to Notice of Appeal and Petition for Discretionary Review dismissed 18 November 1992.

STATE v. FLOWE

No. 370P92

Case below: 107 N.C.App. 468

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.

STATE v. HEATH

No. 289P92

Case below: 106 N.C.App. 706

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.

STATE v. HOLDEN

No. 231P92

Case below: 106 N.C.App. 244

Motion by Attorney General to dismiss appeal by defendant for lack of substantial constitutional question allowed 18 November 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.